UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN L. CRAFT | CIVIL ACTION |
| VERSUS | NO. 12-0560 |
| MARQUETTE TRANSPORTATION COMPANY, INC. | SECTION "L" (4) |
| | JUDGE FALLON |
| | MAG. ROBY |

**ORDER**

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled and numbered civil action is hereby dismissed with prejudice, with each party to pay his or its own costs.

New Orleans, Louisiana, this ___30th___ day of ___January___, 2013.

_____
United States District Court Judge

- 1 -